TREG TAYLOR
ATTORNEY GENERAL
Ronald W. Opsahl (Alaska Bar No. 2108081)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: ron.opsahl@alaska.gov

FENNEMORE CRAIG P.C.
Norman D. James (AZ Bar No. 006901)
Tyler D. Carlton (AZ Bar No.035275)
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016
Phone: (602) 916-5000
Facsimile: (602) 916-5546
Email:  njames@fennemorelaw.com
        tcarlton@fennemorelaw.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| State of Alaska, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:23-cv-00032-SLG |
| ) | |
| v. ) | |
| ) | **AFFIDAVIT OF PROOF OF** |
| National Marine Fisheries Service, ) | **SERVICE** |
| ) | |
| Defendant. ) | |

STATE OF ALASKA           )
                          ) ss
JUDICIAL DISTRICT         )

I, Christian S. Faatoafe, being first duly sworn upon oath, depose and say:

1. I am employed as a Law Office Assistant II in the Natural Resource Section of the Attorney General's Office in Anchorage, Alaska.

2. On 2/16/2023, I mailed a copy of each of the following documents:

**Civil Cover Sheet, Summons in A Civil Action, Complaint for Declaratory and Injunctive Relief** by certified mail, return receipt requested to the following:

| | |
|---|---|
| S. Lane Tucker, U.S. Attorney<br>The U.S. Attorney's Office<br>District of Alaska<br>222 West 7th Ave., Room 253, #9<br>Anchorage, AK 99513 | **Certified Mail Receipt No.**<br>7022 0410 0001 5917 2829<br>**(Exhibit 1)** |
| National Marine Fisheries Service<br>Alaska Regional Office<br>P.O. Box 21668<br>Juneau, AK 99802-1668 | **Certified Mail Receipt No.**<br>7022 0410 0001 5917 2836<br>**(Exhibit 2)** |
| Merrick B. Garland<br>U.S. Attorney General<br>The U.S Department of Justice<br>U.S Department of Justice,<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | **Certified Mail Receipt No.**<br>7022 0410 0001 5917 2812<br>**(Exhibit 3)** |

by depositing each packet of documents in the United States mail, first class postage and certified prepaid.

3. As of the date of the signing of this Affidavit the following parties have been served on the dates indicated:

*State of Alaska v. National Marine Fisheries Service*           Case No.: 3:23-cv-00032-SLG
Affidavit of Proof of Service                                    Page 2 of 4
Case 3:23-cv-00032-SLG     Document 8     Filed 03/23/23     Page 2 of 4

| | |
|---|---|
| S. Lane Tucker<br>U.S. Attorney<br>The U.S. Attorney's Office | **February 22, 2023** |
| National Marine Fisheries Services<br>Alaska Regional Office | **February 22, 2023** |
| Merrick B. Garland<br>U.S. Attorney General<br>The U.S. Department of Justice | **February 25, 2023** |

Copies of the United States Postal Service return receipts are attached to this Affidavit as Exhibits 1 - 3.

4. As of the date of the signing of this Affidavit, no party remains unserved.

*C. Faatoafe* (signature)
Christian S. Faatoafe

SUBSCRIBED AND SWORN TO 3/23/2023 at Anchorage, Alaska.

*Leilani J. Tufaga* (signature)
Notary Public in and for the State of Alaska
My commission expires: with office

*State of Alaska v. National Marine Fisheries Service*
Affidavit of Proof of Service

Case No.: 3:23-cv-00032-SLG
Page 3 of 4

# CERTIFICATE OF SERVICE

I certify that on **March 23, 2023**, the foregoing **Affidavit of Proof of Service (with Exhibits 1 – 3)** was served electronically on all parties listed on the CM/ECF system:

| | |
|---|---|
| Merrick B. Garland<br>Attorney General<br>United States Dept. of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington DC  20530-0001 | National Marine Fisheries Service<br>Alaska Regional Office<br>P.O. Box 21668<br>Juneau, AK 99802-1668 |
| S. Lane Tucker<br>Acting U.S. Attorney<br>District of Alaska<br>222 W. 7th Avenue, Room 253, # 9<br>Anchorage, AK  99513 | |

*/s/ Christian S. Faatoafe*
Christian S. Faatoafe
Law Office Assistant II

*State of Alaska v. National Marine Fisheries Service*  Case No.: 3:23-cv-00032-SLG
Affidavit of Proof of Service  Page 4 of 4
Case 3:23-cv-00032-SLG    Document 8    Filed 03/23/23    Page 4 of 4