USPS TRACKING #

9590 9402 7621 2122 0173 66

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

RECEIVED FEB 23 20[??]

Sender: Please print your name, address, and ZIP+4® in this box●

Ronald W. Opsahl
Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501

AGO# 2022102945

**Exhibit 1**
**Page 1 of 2**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _A. Sims-Howard_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): A Sims-Howard<br>C. Date of Delivery: 2/22/23 |
| 1. Article Addressed to:<br><br>S. Lane Tucker, U.S. Attorney<br>The U.S. Attorney's Office<br>District of Alaska<br>222 West 7th Ave., Room 253, #9<br>Anchorage, AK 99513<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7621 2122 0173 66 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br><br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7022 0410 0001 5917 2829 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

Exhibit 1
Page 2 of 2