IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>                Plaintiff,<br><br>vs.<br><br>NATIONAL MARINE FISHERIES SERVICE,<br><br>                Federal Defendant. | Case No. 3:23-cv-00032-SLG<br><br>FEDERAL DEFENDANT'S MOTION FOR CLARIFICATION OF THE SERVICE DATE |

Defendant, the National Marine Fisheries Service (NMFS), moves for clarification regarding the date of service. As indicated in Plaintiff's Affidavit of Proof of Service, ECF 8, the United States Attorney's Office for the District of Alaska was served with the Complaint on February 22, 2023. *See id.* at 2–3; *id.* at Exhibit 1 (United States Postal Service return receipt showing February 22, 2023 as the date of delivery to the U.S. Attorney's Office). However, the docket text for ECF 8 lists February 16, 2023 as the date of service.

In light of this discrepancy, Defendant respectfully requests clarification that the date of service is February 22, 2023.

Counsel for Defendant conferred with counsel for Plaintiff, who represented that Plaintiff does not oppose this motion.

Dated: April 14, 2023        TODD KIM
                                          Assistant Attorney General

U.S. Department of Justice
Environment & Natural Resources Division
JAY GOVINDAN, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

*/s/ Astrid Stuth Cevallos*
ASTRID STUTH CEVALLOS, Trial Attorney
Wildlife & Marine Resources Section
Benjamin Franklin Station
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-5751
Email: astrid.cevallos@usdoj.gov

*Attorneys for Federal Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2023, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Astrid Stuth Cevallos*
ASTRID STUTH CEVALLOS