# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE,<br><br>        Defendant. | Case No. 3:23-cv-00032-SLG |

### ORDER RE FEDERAL DEFENDANT'S MOTION FOR CLARIFICATION OF THE SERIVICE DATE

Before the Court at Docket 9 is *Federal Defendant's Motion for clarification of the Service Date*. Upon due consideration, the motion is GRANTED. The Court hereby clarifies that the date of service is February 22, 2023. It is so ORDERED.

DATED this 17th day of April, 2023, at Anchorage, Alaska.

                                            */s/ Sharon L. Gleason*
                                            UNITED STATES DISTRICT JUDGE