Kristen Monsell (*Pro hac vice forthcoming*)
Emily Jeffers (*Pro hac vice forthcoming*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Ste. 800
Oakland, CA 94605
Phone: (510) 844-7137
Facsimile: (510) 844-7150
Email: kmonsell@biologicaldiversity.org
ejeffers@biologicaldiversity.org

*Attorneys for Proposed Intervenor-Defendant
Center for Biological Diversity*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| State of Alaska<br><br>　　Plaintiffs,<br><br>　v.<br><br>National Marine Fisheries Service,<br><br>　　Defendant. | Case No. 3:23-cv-00032-SLG<br><br>**DECLARATION OF RICHARD STEINER** |

I, Richard G. Steiner, hereby declare as follows:

1. I live in Anchorage, Alaska, and have been a resident of Alaska since 1978. I first lived in Kodiak, then Kotzebue (on the Chukchi Sea), then Cordova, and since 1996 have lived in Anchorage.

2. I am a member of the Center for Biological Diversity, and I rely on the Center to help represent my interests in protection of the environment through advocacy

and the enforcement of our environmental laws.

3. I served as a professor on the University of Alaska faculty from 1980–2010, with the faculty of the School of Fisheries and Ocean Sciences. Subsequently, I have served as a consultant through my organization Oasis Earth, focusing on habitat and biodiversity conservation, establishing Citizens Advisory Councils to advise industry and government, deep sea mining, and extractive industry/environment issues - particularly oil, gas, and mining - in the Arctic and globally.

4. I have been professionally interested in the Arctic for decades. My first posting with the University was as the first Marine Advisor for the Arctic, stationed in Kotzebue on the Chukchi Sea coast, where I served from 1980-1982. During that time I traveled extensively across Arctic Alaska, delivering educational workshops in coastal villages on environmental topics, including oil and gas development and its potential impacts.

5. I have authored many publications pertaining to the Arctic, with a particular focus on the detrimental effects of oil development, shipping and climate change. I have also taught classes and workshops on the natural resources, fisheries and marine mammals of Alaska, as well as climate change and endangered species, among other things.

6. I served as the University of Alaska's marine advisor for the Prince William Sound (PWS) region on the south coast of Alaska from 1983 to 1996. I was directly involved in most aspects of the 1989 Exxon Valdez Oil Spill, including serving

on the emergency response team in Valdez, helping to develop the Oil Pollution Act of 1990, proposing settlement of all government claims against Exxon, and helping found the PWS Regional Citizens Advisory Council and PWS Science Center.

7. The Arctic marine ecosystem is declining at a rapid pace due to climate change. Ringed and bearded seals are utterly dependent on sea ice and are losing their sea ice habitat. As sea ice melts there is a now rush to exploit Arctic Ocean resources. While climate change is the most severe threat to the Arctic ecosystem, other threats include fossil fuel extraction, mining, shipping, commercial fisheries, military activities, and contamination.

8. In 2007, I first proposed establishment of an Arctic Regional Citizens' Advisory Council, to give local Arctic stakeholders a more direct oversight role in any and all Arctic oil and gas development, shipping, and other offshore industrial activities. In 2012, I was an invited expert witness to the UK Parliament's House of Commons Environmental Audit Committee on "Protecting the Arctic."

9. I also organized Arctic offshore sea ice minimum over-flights in 2008 and 2009 with the U.S. Coast Guard (using a C-130 based in Kodiak). We flew scientists and media observers several hundred miles offshore of the north coast, including over Hanna Shoal, to observe ice conditions during the sea ice minimum (September), as well as the behavior and distribution of polar bears, walruses, and ringed and bearded seals at these times. I have also spent considerable time on the Chukchi Sea in summer (in small boats, fishing and recreating) and in winter (via snow machine), and viewed marine mammals

including ringed seals and bearded seals from the sea and air. I have been to Utqiagvik several times, and kayaked down rivers in the western NPRA to Kasegaluk Lagoon and Point Lay. I participated in fish antifreeze protein research (collecting fish and blood serum) from the Chukchi Sea sea ice in the early 1980s (with University of California Davis scientists).

10. I have looked for and seen marine mammals in the Chukchi and Beaufort Seas many times, including far offshore during our Coast Guard sea ice flights in 2008 and 2009, and large numbers of ringed seals along leads while I was on offshore flights in the Chukchi Sea and Bering Straits region.

11. In 2014 and 2015, I proposed that President Obama use his Antiquities Act authority to designate the Arctic Ocean off Alaska a Marine National Monument, in order to protect the many Arctic Ocean species, including ringed and bearded seals, as much as possible during this period of climate change and sea ice loss. I authored an online petition that received over 100,000 signatures, which was forwarded to the President, and Alaska media reports covered the request the day President Obama was in Anchorage. In 2023, I revived the Arctic Marine National Monument proposal with the Biden administration.

12. In 2014, I developed a public presentation entitled "Imperiled Arctic," which I since delivered publicly in several venues (universities, museums, etc.). The presentation includes an overview of current science and photographs of Arctic Ocean species, including ringed and bearded seals, the threats they face (including climate

change, offshore oil drilling, ship strikes, etc.), and potential protective policy solutions.

13. Because the Arctic is one of the most spectacular, unique, and severely threatened places on earth, I believe we need bold action to protect the Arctic Ocean. In June 2022, I presented to the United Nations Ocean Conference (Lisbon, Portugal) my proposal for an International Arctic Marine Sanctuary which would prohibit commercial fishing, fossil fuel development, seabed mining, and military activities on all federal (EEZ) waters and the international waters (Areas Beyond National Jurisdiction) surrounding the North Pole. The proposed Arctic Marine Sanctuary would also reduce the risks of Arctic shipping. Such a sanctuary would reserve the Arctic Ocean as a common heritage for all for peaceful, non-commercial, and scientific purposes, and could be achieved through a multilateral treaty, an Arctic Addendum to the U.N. Law of the Sea, or by a stand-alone U.N. treaty. I am currently in discussions with the Biden administration proposing that it introduce the International Arctic Marine Sanctuary proposal at the U.N. General Assembly, and negotiate such with other Arctic states.

14. In addition to my professional interests, I also have a deep personal interest in the Arctic in general. I have spent a great deal of time traveling in the Arctic "backcountry," enjoying the animals and ecosystems I am working to protect. I organized and joined an Arctic expedition across over two thousand miles of Arctic terrestrial and river habitat from northwest Canada across to Alaska and down to the Bering Sea (in the 1970s). I was stationed on the Chukchi Sea coast (in Kotzebue), as the first University of Alaska Marine Advisor for the Arctic region from 1980–1982. During that time, and

subsequently, I traveled extensively to the Chukchi Sea coastal villages to conduct marine educational programming with villagers on various coastal and marine issues. I initiated the marine mammal program in the University of Alaska Marine Advisory Program, and taught "Marine Mammals of Alaska" in many places. I also conducted a workshop series on offshore oil drilling in several Chukchi Sea villages. I have also spent time along the Beaufort Sea coast, as well as hiking across the entire Arctic National Wildlife Refuge (south-to-north) from Arctic Village to Kaktovik (Barter Island), and floating Arctic rivers.

15. Perhaps my fondest memories of the Chukchi Sea are from the early 1980s, when I lived and worked out of Kotzebue. Flying over drift ice, and observing hundreds of ringed seals along leads in the springtime, was quite spectacular. As well, I have greatly enjoyed observing walrus, bearded seals, and polar bears.

16. I plan to visit the coastal plain and offshore areas in the Chukchi and Beaufort Seas again this summer to observe marine and coastal wildlife, including ringed seals and bearded seals. As well, I am planning to visit certain North Slope villages to discuss with tribal leaders the establishment of an Arctic Regional Citizen's Advisory Council, and our proposed Arctic Marine National Monument. I will also continue my advocacy for establishment of the International Arctic Marine Sanctuary, working with Arctic Council members, as well as other governments and NGOs interested in protecting the critically threatened Arctic marine ecosystem.

17. In my time living along and later visiting the Arctic Ocean, I came to

*State of Alaska v. Nat'l Marine Fisheries Serv.*,
Case 3:23-cv-00032-SLG

Case 3:23-cv-00032-SLG     Document 12-4     Filed 04/25/23     Page 6 of 8

6

appreciate the special wildness and remoteness of the region, its productive ecosystems, and fragility. I think preserving Arctic wild places and wildlife, both onshore and offshore, is a critically important conservation issue. I have spent many a day observing Arctic marine wildlife and vast landscapes and seascapes from the ground, air, and from boats, and I appreciate each and every encounter I have had with Arctic wildlife.

18. Seeing Arctic wildlife - such as walruses, ringed seals, bearded seals, whales, and polar bears - and acknowledging their intrinsic right to exist, is one of the primary values I hold in protecting wild places in the Arctic. And it is not simply my personal ability to see these animals in the wild that I am concerned with, but even more so with their ability to live in their home habitat. These animals have an inherent right to exist in at least some of their historic range.

19. Sadly, the Arctic habitat of ringed seals and bearded seals is suffering from severe climatic warming, which is causing the seals' critical sea ice habitat to melt, placing these magnificent and ecologically important species in clear danger of extinction. I am concerned that even the most pessimistic estimates about Arctic sea ice melt now appear to be overly optimistic. From my research and public advocacy on climate change, I understand that feedback loops are causing the ice to melt even more dramatically with impacts on many species, including Arctic cod, sea ice algae, polar bears, and ringed and bearded seals. I care deeply about the Arctic, and I have a personal and professional interest in the health of the Arctic marine environment and its inhabitants, including ringed seals and bearded seals. I am concerned for ringed and

bearded seals for their own sake, but also for my personal interests in visiting, studying and writing about them.

20. The efforts of the State of Alaska to rescind critical habitat protections for ringed seals and for bearded seals would remove important protections for these imperiled animals, place the seals at increased risk of harm, and drive them further toward extinction due to the threats of climate change and Arctic oil development. I am harmed personally because I care greatly for the Arctic ecosystem and its many at-risk species, including ringed and bearded seals, and wish to see them preserved and protected. I would be deeply distressed personally by further harm to or the loss of the ringed seal, the bearded seal, or any other Arctic species.

21. A court order upholding the Service's decision to protect the critical habitat of the ringed seal and the critical habitat of the bearded seal is necessary to ensure the ringed seal and bearded seal continue to receive the Endangered Species Act protections to which they are entitled.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: April 21, 2023

Richard G. Steiner