# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE,<br><br>    Defendant,<br><br>    and<br><br>CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Intervenor-Defendant. | Case No. 3:23-cv-00032-SLG |

### ORDER RE STIPULATION TO MODIFY BRIEFING DEADLINES AND PAGE/WORD LIMITS

Upon the parties' *Stipulation to Modify Briefing Deadlines and Page/Word Limits* at Docket 23, and good cause shown, IT IS ORDERED that the schedule is set as follows:

| EVENT | DATE |
|---|---|
| Filing administrative record | **June 30, 2023** |
| Any motion to supplement the administrative record | **July 28, 2023** |
| Plaintiff's opening brief | **September 29, 2023** |
| Defendant's and Intervenor's opposition briefs | **November 30, 2023** |
| Plaintiff's reply brief | **January 12, 2024** |

IT IS FURTHER ORDERED that the page and word limitations of Local Civil Rule 7.4(a) apply to all briefs, except that Plaintiff's joint reply brief may not exceed 25 pages or 7,200 words.

DATED this 15th day of June, 2023, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00032-SLG, *State of Alaska v. National Marine Fisheries Service*
Order re Stipulation to Modify Briefing Deadlines and Page/Word Limits
Page 2 of 2
Case 3:23-cv-00032-SLG   Document 24   Filed 06/15/23   Page 2 of 2